# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY WEBER,<br><br>    Plaintiff,<br><br> vs.<br><br>COUNTY OF LANCASTER, a Nebraska Political Subdivision;<br><br>    Defendant. | 4:17CV3117<br><br>ORDER |

   The parties have requested a continuance of the settlement conference set for May 13, 2019. Accordingly,

   **IT IS ORDERED** that the provisions of the Court's earlier Settlement Conference Order ([Filing No. 82](#)) remain in effect, except that the following dates are amended:

   1. The settlement conference before United States Magistrate Judge Michael D. Nelson is rescheduled to **June 26, 2019** from 9:00 a.m. to 5:00 p.m. in Courtroom #6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha Nebraska.

   2. To avoid unnecessarily incurring travel and other expenses if the settlement conference is canceled or postponed, any request for cancellation or postponement must be made on or before **June 5, 2019.**

   3. Counsel shall submit their confidential settlement statements to [nelson@ned.uscourts.gov](mailto:nelson@ned.uscourts.gov) no later than **June 12, 2019**.

   4. Magistrate Judge Nelson will hold a telephone conference with counsel **on June 19, 2019**, **at 10:00 a.m.** for the purpose of reviewing any outstanding issues that may be relevant prior to the settlement conference. Conference Instructions are located at [Filing No. 11](#).

   Dated this 6th day of May, 2019.

                  BY THE COURT:

                  s/ Michael D. Nelson
                  United States Magistrate Judge